No. 420. GRUEBY ET AL. v. CHRISTOPHER, ADMINISTRATRIX, ET AL.; and

No. 421. SAME v. SAME. October 20, 1930. Petitions for writs of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Foye M. Murphy* and

*Dudley H. Dorr* for petitioners. *Mr. George Stanley Harvey* for respondents. Reported below: 40 F. (2d) 8.